

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-249-14

**JOE AMOS SHAW, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON STATE'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE FOURTEENTH COURT OF APPEALS
## HARRIS COUNTY

*Per curiam.*

## O P I N I O N

Appellant was convicted of murder and sentenced to life in prison.  On appeal, he argued that the evidence was insufficient to support the $334 in court costs assessed against him in the judgment.   The Court of Appeals agreed, relying on its opinion in *Johnson v. State*, 389 S.W.3d 513 (Tex. App. – Houston [14th Dist.] 2012).  *Shaw v. State*, 420 S.W.3d

857 (Tex. App. – Houston [14th Dist.] 2014).

The State has filed a petition for discretionary review of this decision. We recently handed down our opinion in *Johnson v. State*, 423 S.W.3d 385 (Tex. Crim. App. 2014), in which we set forth a roadmap for resolving questions regarding court costs. *See also Cardenas v. State*, 423 S.W.3d 396 (Tex. Crim. App. 2014).

The Court of Appeals in the instant case did not have the benefit of our opinion in *Johnson*. Accordingly, we grant the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals in light of our opinion in *Johnson*. No motion for rehearing will be entertained.

DATE DELIVERED: August 20, 2014

PUBLISH